## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TRACY HOGAN                                                                                                    PLAINTIFF

V.                                      NO. 3:14CV156-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

## ORDER

The Court has requested and received an excerpted transcript of the oral argument hearing held on June 11, 2015. The Clerk of the Court is hereby directed to issue a check to Robin Warbritton, Transcriptionist, in the amount of $33.50. A copy of the invoice for transcription services is attached.

IT IS SO ORDERED, this 1st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

## ORIGINAL
INVOICE

TO: UNITED STATES DISTRICT COURT

INVOICE DATE: June 25, 2015          INVOICE NO.: USDC12-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-004

TRANSCRIPT OF: Excerpted Oral Findings of Fact and Conclusions of Law in Oral Argument Hearing

Case Name:   *Tracy Hogan v. Social Security Administration Commissioner*

Case No.:    3:14-CV-00156-BD

Hearing Date:   6/11/2015

Presiding Judicial Officer:   Honorable Beth Deere

Transcript Type: **14-day Expedited Original Transcript**
Transcript Order Date: 6/12/2015
Transcript Order and Recording Received by Transcriber Date: 6/15/2015
Transcript Order Due Date: 6/29/2015 (14 days from receipt of recording & transcript order)
Transcript Completed/Delivery Date: 6/25/2015 (Via U.S. Priority Mail to Suzy Flippen)

| | |
|---|---|
| 10 pages @ $3.35 per page (14 day expedited rate) | $33.50 |
| TOTAL DUE | $33.50 |

**REMIT TO:**
Robin Warbritton
20 Liberty Road
Vilonia, AR  72173
(501) 796-6560
TIN: *****0725
rwarbritton@yahoo.com
Contract No:  USDC-ARE-12-001