# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TRACY HOGAN**  **PLAINTIFF**

V.  NO. 3:14CV156-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**  **DEFENDANT**

## JUDGMENT

Plaintiff Tracy Hogan's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 1st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE